IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR DIAMOND,

    Plaintiff,                     No. CIV S-09-1110 MCE DAD PS

    vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,                    ORDER

    Defendants.

_____/

        Plaintiff, proceeding pro se, has requested that the court reschedule the hearing of two pending motions to compel. On July 22, 2009, plaintiff advised the court that counsel for the moving party has agreed to a new hearing date of August 14, 2009. Good cause appearing, IT IS ORDERED that plaintiff's July 6, 2009 motion to reschedule hearing is granted, and the hearing of defendant State Farm Mutual Automobile Insurance Company's motions (Doc. Nos. 26 & 29) is continued from July 31, 2009, to August 14, 2009, at 10:00 a.m.

DATED: July 27, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\diamond1110.ord.reqcont