IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR DIAMOND,

        Plaintiff,                  No. CIV S-09-1110 MCE DAD

    v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,

        Defendants.         <u>ORDER</u>
_____/

        This case came before the court on August 14, 2009, for hearing of defendant's motions to compel further responses to a request for production of documents (Doc. No. 26), to compel further responses to special interrogatories (Doc. No. 29) and for sanctions. The pro se plaintiff appeared on his own behalf. Cherie Sutherland appeared on behalf of the moving defendant. For the reasons set forth on the record at the hearing, defendant's motions to compel were granted in part and the motion for sanctions was denied. Plaintiff shall supplement his responses within fourteen days of the date of this order.

        IT IS SO ORDERED.

DATED: August 24, 2009.

Ddad1/orders.civil/diamond1110.oah.082409

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE