IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR DIAMOND,

    Plaintiff,　　　　　　　　　No. CIV S-09-1110 MCE DAD PS

    vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,　　　　　　　　　ORDER

    Defendants.
_____/

    On March 31, 2010, the undersigned issued findings are recommendations in this action recommending that plaintiff's motion for remand (Doc. No. 18) be granted and that defendant State Farm's motion to dismiss (Doc. No. 14) be denied as moot. An objection period was inadvertently omitted from those findings and recommendations.

    The March 31, 2010 findings and recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with those findings and recommendations, any party may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Any reply to objections shall be filed within seven (7) days after the objections are served. The

1  parties are advised that failure to file objections within the specified time may, under certain
2  circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: April 1, 2010.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.prose\diamond1110.o.objections