IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR DIAMOND,      No. 2:09-cv-01110-MCE-DAD PS

    Plaintiff,

  vs.      <u>ORDER</u>

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,

    Defendants.

_____ /

    Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On July 26, 2010, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice that any objections to the amended findings and recommendations were to be filed within fourteen days after service of the amended findings and recommendations. Plaintiff filed timely objections, and defendant MSC Mediterranean Shipping Company S.A. Geneva filed a timely reply.

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
3 court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The amended findings and recommendations filed July 26, 2010 (Doc. No. 75) are
7 adopted in full;
8  2.  Plaintiff's May 15, 2009 motion for remand (Doc. No. 18) is denied; and
9  3.  Defendant State Farm Mutual Automobile Insurance Company's May 7, 2009 motion
10 to dismiss the professional negligence cause of action of plaintiff's complaint (Doc. No. 14) is
11 granted.

Dated:  August 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE