1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ARTHUR DIAMOND,

11              Plaintiff,                      No. CIV S-09-1110 MCE DAD PS

12        v.

13    STATE FARM MUTUAL
      AUTOMOBILE INSURANCE
14    COMPANY, et al.,
                                                ORDER
15              Defendants.

16    _____/

17            This matter came before the court on October 22, 2010, for hearing on defendant

18    State Farm Mutual Automobile Insurance Company's motion for summary judgment or, in the

19    alternative, summary adjudication.  Stephen M. Hayes, Esq. appeared for the moving defendant.

20    Plaintiff Arthur Diamond, proceeding pro se in this matter, appeared on his own behalf.  Mark K.

21    de Langis, Esq. appeared telephonically for defendant Mediterranean Shipping Company.  No

22    appearance was made by defendant CSE Insurance Group.

23            For the reasons stated on the record, IT IS HEREBY ORDERED that:

24            1.  Plaintiff's opposition to defendant State Farm's motion shall be filed on or

25    before October 29, 2010.  Plaintiff's opposition shall be served on counsel for defendant State

26    Farm by federal express and on all other counsel by regular mail.  Plaintiff is cautioned that the

1    requirements of Local Rule 260(b) will be enforced.

2            2.  Defendant State Farm's reply to plaintiff's opposition shall be filed on or

3    before November 5, 2010.

4            3.  Upon the filing of defendant State Farm's reply, the court will take defendant

5    State Farm's motion for summary judgment or, in the alternative, summary adjudication (Doc.

6    No. 62) under submission.

7    DATED: October 23, 2010.

8

9                                            _Dale A. Drozd_____

10                                           DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

11   DAD:kw
     Ddad1\orders.prose\diamond1110.oah.102210

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26