IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR DIAMOND,

    Plaintiff,                    No. CIV S-09-1110 MCE DAD PS

    vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,                   ORDER

    Defendants.

_____/

    Plaintiff has filed a copy of a request for production of documents. The filing of discovery requests and responses is prohibited unless and until there is a proceeding in which a discovery document is at issue. See Local Rules 250.2(c), 250.3(c), 250.4(c) & 250.5(d). The docket entry for plaintiff's November 1, 2010 filing (Doc. No. 94) shall be amended to reflect that the document is a request for production of documents, and the request will be disregarded.

    IT IS SO ORDERED.

DATED: November 10, 2010.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\diamond1110.ord.discdocs